MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
APRIL 3, 2008

| HON. LEO S. PAPAS | | | DEPUTY CLERK: J. JARABEK |
|---|---|---|---|
| 08MJ0864-LSP | USA | VS | MARIO SANTOS-BARRIGAN(1/C/SPA)51304198 |

1: RUSSELL BABCOCK
AUSA: JAMES MELENDRES

REMOVAL/ID HEARING
==================================================================
PCL08:1046-1051

DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE 5(c) & 5.1(a) FILED
COURT ORDERS DEFT REMOVED FORTHWITH

WARRANT OF REMOVAL SUBMITTED

ALL PENDING HEARINGS ARE HEREBY VACATED